

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

June 2, 2020

Honorable David S. Cayer
United States Magistrate Judge
District Court of the United States
Western District of North Carolina
Statesville Division
204 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re:     FRANK CROMWELL
       REGISTER NUMBER: 34474-171
       CRIMINAL NUMBER: 5:19-CR-00052-KDB-DSC

Dear Judge Cayer:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Sections 4241(b) and 4242, dated February 19, 2020, in the case of Mr. Frank Cromwell.

Mr. Cromwell was designated at the Metropolitan Correctional Center (MCC), New York, on June 1, 2020. Consistent with the admission procedures for all newly-designated detainees, he was placed on a two-week quarantine status due to the COVID-19-pandemic in order to screen for any potential symptoms of the coronavirus. Accordingly, the evaluation will commence on the date following his removal from quarantine status, which is tentatively scheduled for June 15, 2020. In order to provide the Court with a comprehensive and thorough report, we generally ask for 45 days from the date of arrival. However, given the recent indefinite nationwide agency lockdown as well as the modified lockdown procedures amidst the current pandemic, we respectfully request an additional 30 days as permitted by the statute. Thus, the evaluation would conclude on August 28, 2020. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, by September 11, 2020.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

M. Licon-Vitale
Warden

MLV/SD/sd

Granted.
/s/ J. Cayer
U.S. Magistrate Judge
6-17-20