

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

July 20, 2020

FILED
CHARLOTTE, NC

JUL 28 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

Honorable David S. Cayer
United States Magistrate Judge
District Court of the United States
Western District of North Carolina
Statesville Division
204 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re:  FRANK DARRELL CROMWELL
     REGISTER NUMBER: 34474-171
     CRIMINAL NUMBER: 5:19-CR-00052-KDB-DSC

Dear Judge Cayer:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Sections 4241(b) and 4242, dated February 19, 2020, in the case of Mr. Frank Cromwell.

Mr. Cromwell was designated at the Metropolitan Correctional Center (MCC), New York, on June 1, 2020. Consistent with the admission procedures for all newly-designated detainees, he was placed on quarantine status due to the COVID-19-pandemic in order to screen for any potential symptoms of the coronavirus. Initially, the evaluation was scheduled to commence on the date following his removal from quarantine status, which was tentatively scheduled for June 15, 2020. However, Mr. Cromwell was not removed from quarantine status until July 14, 2020, which became the new date the forensic study was able to commence. In order to provide the Court with a comprehensive and thorough report, we generally ask for 45 days from the date of arrival. However, given the indefinite nationwide agency lockdown procedures amidst the current pandemic, we respectfully request an additional 30 days as permitted by the statute. Thus, the evaluation would conclude on September 25, 2020. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, by October 9, 2020.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

M. Licon-Vitale
Warden

MLV/SD/sd

Granted.

D. Cayer
U.S. Magistrate Judge
7-28-20